IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:22-CR-00100-001 JLT |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| JULIO ABUNDIS, | |
| Defendant. | |

The above-named defendant having been sentenced on December 2, 2022, to Time Served,

The defendant has been accepted to the Teen Challenge, an inpatient facility.

IT IS HEREBY ORDERED that the defendant shall be released on Friday, December 2, 2022, to be released only to a Teen Challenge Representative of the Teen Challenge Residential Drug Treatment Program and when processing by the custodial facility is completed.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   **December 2, 2022**

UNITED STATES DISTRICT JUDGE