Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2014 Tulare Street, Suite 210
Fresno, CA, 93721
Telephone: ((209) 843-0090
Adilene@adilenefloreslaw.com

Attorneys for JULIO ABUNDIS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00100-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION CONTINUING SENTENCING; ORDER |
| v. | |
| JULIO ABUNDIS, | DATE: October 16, 2023 |
| | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

This case is set for a Sentencing Hearing Re Violation of Petition on October16, 2023, at 2:00pm. Defendant, by and through defendant's counsel of record, and the United States of America, by and through its counsel of record, and hereby stipulate as follows:

1. By previous order, this matter was set for a Sentencing Hearing Re Violation of Petition on October 16, 2023, at 10:00 a.m.

2. By this stipulation, the parties now move to continue the status conference until December 18, 2023, at 10:00 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The defendant and his counsel request a continuance to December 18, 2023, to allow additional time to review and discuss the case, as well as to confer with probation and government counsel regarding potential resolution.

///

      b)    The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: October 12, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated: October 12, 2023

/s/ ADILENE FLORES ESTRADA
ADILENE FLORES ESTRADA
Counsel for Defendant
JULIO ABUNDIS

### [~~PROPOSED~~] ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **October 12, 2023**

*(signed)* Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE